IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
FEB 27 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20mj9055 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | THOMAS M. PARKER |
| | ) | |
| ROBERT D. McWILLIAMS, | ) | |
| | ) | **WAIVER OF DETENTION HEARING** |
| Defendant. | ) | **AND ORDER** |
| | ) | |

Robert D. McWilliams, the above named defendant, accused of having violated United States Codes: 18:2252A(a)(2); 18:2251(a); 18:1591(a)(1), advised of the nature of the charge and of his/her rights, and under advice of counsel, waives in open court his/her right to a detention hearing and consents that he/she be held without bail pursuant to Title 18 U.S.C., Section 3142 (e) and (i) but reserves the right to raise the issue of detention at a later date should circumstances change.

_____
Defendant

_____
Counsel for Defendant

**IT IS SO ORDERED.**

_____
Thomas M. Parker
United States Magistrate Judge

Dated: February 27, 2020